UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| VIRGINIA RIKER et al, | ) |
| Plaintiff- Appellants, | ) |
| v. | ) |
| CATAMARAN HEALTH SOLUTIONS, LLC, et al, | ) CASE NO. 16-10613-BB |
| Defendants- Appellees. | ) |

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CATAMARAN HEALTH SOLUTIONS, LLC**

Pursuant to 11th Cir. R. 26.1-1, Defendant, Catamaran Health Solutions, LLC, successor by merger to Catalyst Health Solutions, Inc. f/k/a HealthExtras, Inc. ("Defendant"), discloses the following list of related persons, associations, firms, partnerships, or corporations that may have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, any publically held corporation that owns 10% or more of the party's stock and other identifiable legal entities related to a party:

1. 1031387 B.C. Unlimited Liability Company;

2. Catamaran Corporation;

3. Catamaran Health Solutions, LLC;

4. Catamaran Holdings I, LLC;

5. Catamaran LLC;

6. Optum, Inc.;

7. OptumRX Group Holdings, Inc.;

8. United HealthCare Services, Inc.; and

9. UnitedHealth Group Incorporated (NYSE: UNH).

In addition, Defendant discloses the following entities which may have a financial interest in the outcome of this case but are not related to Defendant:

10. Darwin Select Insurance Co.;

11. Illinois Union Insurance Co.;

12. Ironshore Specialty Insurance Co.; and

13. Lexington Insurance Co.

Dated: February 25, 2016.

                                            Respectfully submitted,

                                            */s/ Keely F. Morton*
                                            Keely F. Morton (Florida Bar No. 100395)
                                            QUARLES & BRADY LLP
                                            1395 Panther Lane, Suite 300
                                            Naples, FL 34109
                                            Phone: (239) 659-5045
                                            keely.morton@quarles.com

                                            Patrick J. Murphy (*pro hac vice forthcoming*[1])
                                            QUARLES & BRADY LLP
                                            411 East Wisconsin Avenue, Ste. 2400
                                            Milwaukee, Wisconsin 53202
                                            Phone: (414) 277-5459
                                            patrick.murphy@quarles.com

                                            *Attorneys for Defendant Catamaran Health Solutions, LLC*

---

[1] Mr. Murphy submitted his application to be admitted *pro hac vice* to the Eleventh Circuit Court of Appeals on February 23, 2016.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Certificate of Interested Parties and Corporate Disclosure Statement of Defendant Catamaran Health Solutions, LLC was filed using the Court's ECF system and served by first class U.S. Mail on February 25, 2016 on all counsel or parties of record on the service list.

## SERVICE LIST

| **Counsel for Plaintiffs:** | |
|---|---|
| Edward Herbert Zebersky, Esq.<br>ezebersky@zpllp.com<br>Zebersky & Payne, LLP<br>110 S.E. 6th Street Suite 2150<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 989-6333<br>Facsimile: (954) 989-7781 | Aaron C. Hemmings, Esq.<br>ahemmings@hemmingsandstevens.com<br>HEMMINGS & STEVENS, PLLC<br>5613 Duraleigh Road, Suite 151<br>Raleigh, North Carolina 27612<br>Telephone: (919) 277-0161<br>Facsimile: (919) 277-0162 |
| Joseph H. Aughtman<br>jay@aughtmanlaw.com<br>AUGHTMAN LAW FIRM, LLC<br>1772 Platt Place<br>Montgomery, Alabama 36117<br>Telephone: (334) 215-9873<br>Facsimile: (334) 213-5663 | |
| **Counsel for Defendant, NUFIC:** | |
| Theodore R. Scarborough<br>Christopher M. Assise<br>tscarborough@sidley.com<br>cassise@sidley.com<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 | Steven J. Brodie<br>Aaron S. Weiss<br>sbrodie@cfjblaw.com<br>aweiss@cfjblaw.com<br>Carlton Fields Jorden Burt<br>Miami Tower<br>100 S.E. Second Street, Suite 4200<br>Miami, FL 33131<br>Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055 |

/s/ Keely F. Morton
Keely F. Morton