UNITED STATES COURT OF APPEAL
FOR THE ELEVENTH CIRCUIT
Case No.: 16-10613-BB

JAYANTILAL PATEL and
VIRGINIA RIKER, on behalf of
themselves and all others similarly
situated,

    Appellants/Plaintiffs,

v.

CATAMARAN HEALTH SOLUTIONS, LLC,
f/k/a CATALYST HEALTH SOLUTIONS, INC.,
f/k/a HEALTHEXTRAS, INC. and NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

    Appellees/Defendants.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION
CASE NO. 0:15-CV-61891-BLOOM/VALLE

---

APPELLANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

---

EDWARD H. ZEBERSKY, ESQ.
Fla. Bar No. 0908370
ZEBERSKY PAYNE, LLP
110 S.E. 6th Street, Suite 2150
Fort Lauderdale, FL  33301
Telephone:  (954) 989-6333
Facsimile:  (954) 989-7781
Email:  ezebersky@zpllp.com
***Counsel for Appellants***

*Patel, et al. v. Catamaran Health Solutions, LLC, et al.*     Case No. *16-10613-BB*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to F.R.A.P. 26.1 and Eleventh Circuit Local Rule 26.1, counsel for Appellants, JAYANTILAL PATEL and VIRGINIA RIKER, on behalf of themselves and all others similarly situated, certify that the following is a complete list of interested persons:

1. 1031387 B.C. Unlimited Liability Company

2. AIG Property Casualty U.S., Inc.

3. AIG Property Casualty, Inc.

4. AIUH, LLC

5. American International Group, Inc. (NYSE: AIG)

6. Assise, Christopher M. (Counsel representing Defendant/Appellee)

7. Aughtman, Joseph H. (Counsel representing Plaintiffs/Appellants)

8. Aughtman Law Firm, LLC (Law firm representing Plaintiffs/Appellants)

9. Bloom, The Honorable Beth (United States District Judge, Southern District of Florida, Fort Lauderdale Division)

10. Brodie, Steven J. (Counsel representing Defendant/Appellee)

11. Carlton Fields Jorden Burt, P.A. (Law firm representing Defendant/Appellee)

*Patel, et al. v. Catamaran Health Solutions, LLC, et al.*     Case No. 16-10613-BB

12. Catalyst Health Solutions, Inc. (<u>NYSE</u>: CHSI)(Defendant/ Appellee)

13. Catamaran Health Solutions, LLC (Defendant/Appellee)

14. Catamaran, LLC

15. Catamaran Holdings I, LLC

16. Catamaran Corporation (<u>NYSE</u>: CTRX)

17. Darwin National Assurance Co.

18. Darwin Select Insurance Co.

19. HealthExtras, Inc. (Defendant/Appellee)

20. Hemmings, Aaron (Counsel representing Plaintiffs/Appellants)

21. Hemmings & Stevens, PLLC (Law firm representing Plaintiffs/Appellants)

22. Illinois Union Insurance Co.

23. Ironshore Specialty Insurance Co.

24. Knox, S. Douglas (Counsel representing Defendant/Appellee)

25. Langer, Paul L. (Counsel representing Defendant/Appellee)

26. Lexington Insurance Co.

27. Murphy, Patrick J. (Counsel representing Defendant/Appellee)

28. National Union Fire Insurance Company of Pittsburgh, PA (Defendant/Appellee)

*Patel, et al. v. Catamaran Health Solutions, LLC, et al.*            Case No. *16-10613-BB*

29. OptumRx Group Holdings, LLC

30. Optum, Inc.

31. Pacific Employers Insurance Co.

32. Patel, Jayantilal (Plaintiff/Appellant)

33. Quarles & Brady, LLP (Law firm representing Defendant/Appellee)

34. Riker, Virginia (Plaintiff/Appellant)

35. Santiago, Jorge Perez (Counsel representing Defendant/Appellee)

36. Scarborough, Theodore R. (Counsel representing Defendant/Appellee)

37. Sidley Austin, LLP (Law firm representing Defendant/Appellee)

38. United HealthCare Services, Inc.

39. UnitedHealth Group Incorporated (NYSE: UNH)

40. Valle, Magistrate Judge Alicia O. (United States District Magistrate Judge, Southern District of Florida, Fort Lauderdale Division)

41. Weiss, Aaron S. (Counsel representing Defendant/Appellee)

42. Zebersky, Edward H. (Counsel representing Plaintiffs/Appellants)

43. Zebersky Payne, LLP (Law firm representing Plaintiffs/Appellants)

Potentially interested persons also include all individuals who meet the following class definitions in this proposed class action:

*Patel, et al. v. Catamaran Health Solutions, LLC, et al.*          Case No. *16-10613-BB*

1.  All residents of the State of Florida, who own, owned and/or purchased the Benefit Program from 1999 through the date of class certification.

Respectfully submitted this 26th day of February, 2016.

>  */s/ Edward H. Zebersky*
> EDWARD H. ZEBERSKY, ESQ.
> Fla. Bar No. 0908370
> ZEBERSKY PAYNE, LLP
> 110 S.E. 6th Street, Suite 2150
> Fort Lauderdale, FL  33301
> Telephone:  (954) 989-6333
> Facsimile:   (954) 989-7781
> Email:        ezebersky@zpllp.com
>
> **Counsel for Appellants**

*Patel, et al. v. Catamaran Health Solutions, LLC, et al.*                    *Case No. 16-10613-BB*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed electronically via CM/ECF in the United States Court of Appeals for the Eleventh Circuit on February 26, 2016, with notice of same being electronically served by the Court to all attorneys of record.

> */s/ Edward H. Zebersky*
> EDWARD H. ZEBERSKY, ESQ.
> Fla. Bar No. 0908370
> ZEBERSKY PAYNE, LLP
> 110 S.E. 6th Street, Suite 2150
> Fort Lauderdale, FL  33301
> Telephone:  (954) 989-6333
> Facsimile:  (954) 989-7781
> Email:      ezebersky@zpllp.com

[1504249/2]