**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 08, 2016

Patrick Joseph Murphy
Quarles & Brady, LLP
411 E WISCONSIN AVE STE 2300
MILWAUKEE, WI 53202-4497

Appeal Number: 16-10613-BB
Case Style: Virginia Riker, et al v. Catamaran Health Solutions, LL, et al
District Court Docket No: 0:15-cv-61891-BB

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

Your Application to Appear Pro Hac Vice in this appeal has been GRANTED.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

MOT-2 Notice of Court Action