IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
CASE NO. 16-10613

JAYANTILAL PATEL and VIRGINIA
RIKER, on behalf of themselves and all
others similarly situated,

    Appellants,

v.

CATAMARAN HEALTH
SOLUTIONS, LLC, f/k/a CATALYST
HEALTH SOLUTIONS, INC., f/k/a
HEALTHEXTRAS, INC. and
NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, P.A.,

    Appellees.

## **NOTICE OF ADDITIONAL INTERESTED PERSONS**

Appellee, National Union Fire Insurance Company of Pittsburgh, P.A. ("National Union"), pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26-2 and 26-3, hereby certifies that, in addition to the persons or entities identified in Appellants' Certificate of Interested Persons and Corporate Disclosure Statement, the following additional persons may have an interest in the outcome of this litigation:

1. Haddad, Mark E. (Counsel representing Appellee)

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>SIDLEY AUSTIN LLP<br>Theodore R. Scarborough, Esq.<br>E-mail: tscarborough@sidley.com<br>Christopher M. Assise, Esq.<br>E-mail: cassise@sidley.com<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone:  312-853-7000<br>Facsimile:   312-853-7036</td><td>CARLTON FIELDS JORDEN BURT, P.A.<br>100 S.E. Second Street<br>Suite 4200<br>Miami, FL 33131<br>Telephone: (305) 530-0050<br>Facsimile:  (305) 530-0055</td></tr>
<tr><td></td><td>By:   /s/  Aaron S. Weiss<br>      AARON S. WEISS, ESQ.<br>      Florida Bar No. 48813<br>      E-mail: aweiss@carltonfields.com<br>      STEVEN J. BRODIE, ESQ.<br>      Florida Bar No. 333069<br>      E-mail: sbrodie@carltonfields.com</td></tr>
</table>

*Attorneys for National Union Fire Insurance Company of Pittsburgh, P.A.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF in the United States Court of Appeals for the Eleventh Circuit on March 10, 2016, with notice of same being electronically served by the Court to all attorneys of record.

Edward H. Zebersky, Esq.
ZEBERSKY PAYNE, LLP
110 S.E. 6th Street, Suite 2150
Fort Lauderdale, Florida 33301
Telephone:  954-989-6333
Facsimile:   954-989-7781
E-mail: ezebersky@zpllp.com

*Counsel for Appellants*

Steven Douglas Knox, Esq.
QUARLES & BRADY, LLP
101 E. Kennedy Boulevard
Suite 3400
Tampa, Florida  33602
Telephone:  813-387-0300
Facsimile:   813-387-1800
E-mail: Douglas.Knox@quarles.com

*Counsel for Defendant Catamaran Health Solutions, LLC*

Patrick J. Murphy, Esq.
QUARLES & BRADY, LLP
411 E. Wisconsin Ave.
Suite 2400
Milwaukee, WI 53202
Telephone:  414-277-5459
Facsimile:   414-271-3552
E-mail: patrick.murphy@quarles.com

*Counsel for Defendant Catamaran Health Solutions, LLC  (Admitted Pro Hac Vice)*

Paul L. Langer, Esq.
QUARLES & BRADY, LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois  60654
Telephone:  312-715-5121
E-mail: Paul.Langer@Quarles.com

*Counsel for Defendant Catamaran Health Solutions, LLC*

Keely Fraser Morton, Esq.
QUARLES & BRADY, LLP
1395 Panther Ln,  Suite 300
Naples, Florida 34109-7874
Direct Tel:   239-659-5045
E-mail: keely.morton@Quarles.com

*Counsel for Defendant Catamaran Health Solutions, LLC*

1

105176989.1

By:　/s/ Aaron S. Weiss  
　　　AARON S. WEISS, ESQ.  
　　　Florida Bar No. 48813

105176989.1